# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Yukako H. Caspary | **Case No :** | 10-49322 - A - 7 |
| | | **Date :** | 1/14/11 |
| | | **Time :** | 10:00 |

| | | |
|---|---|---|
| **Matter :** | [29] - Motion/Application to Compel Abandonment [DBJ-3] Filed by Debtor Yukako H. Caspary (Fee Paid $150) (ctus) | UNOPPOSED |

| | |
|---|---|
| **Judge :** | Michael S. McManus |
| **Courtroom Deputy :** | Sarah Head |
| **Reporter :** | Diamond Reporters |
| **Department :** | A |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

MOTION was :
Granted
See final ruling below.

ORDER TO BE PREPARED BY :      Movant(s)

Final Ruling: The motion will be granted.

The debtor requests an order compelling the trustee to abandon the estate's interest in his restaurant business, Japanese Blossom.

11 U.S.C. § 554(b) provides that on request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

The business assets include a business account with a balance of $1,200, a savings account with a balance of $500, a sushi bar counter, 14 tables and chairs, shelves, bar refrigerator, sushi case, sushi bar refrigerator, and under-counter refrigerator, with a value of $15,000. These assets are exempt. See Schedules B & C.

Given the exemption, the court concludes that the business is of inconsequential value to the estate. The motion will be granted.